THE HON. BENJAMIN H. SETTLE

Erin M. Stines, WSBA #31501
Fidelity National Law Group
The Law Division of Fidelity National
 Title Group, Inc.
1200 – 6th Avenue, Suite 620
Seattle, WA 98101
(206) 223-4525
(206) 223-4527 – FAX
erin.stines@fnf.com
*Attorneys for Plaintiff Homecomings Financial Network, Inc.*

U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HOMECOMINGS FINANCIAL NETWORK, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>COAST TITLE & ESCROW, a Washington Corporation, and DEBBIE FRENCH,<br><br>Defendants.<br><br>COAST TITLE & ESCROW, a Washington Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>FAIRFIELD FINANCIAL SERVICES, INC., an Oregon Corporation, and STERLING JAMES, an individual,<br><br>Third-Party Defendants. | Case No. 3:11-CV-05777 BHS<br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANT COAST TITLE & ESCROW** |

STIPLATION AND ORDER DISMISSING
PLAINTIFF'S CLAIMS AGAINST DEFENDANT
COAST TITLE & ESCROW - 1

FIDELITY NATIONAL LAW GROUP
The Law Division of Fidelity National
Title Group, Inc.
1200 – 6TH AVENUE, SUITE 620
SEATTLE, WA 98101
(206) 223-4525

## I. STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff HOMECOMINGS FINANCIAL NETWORK, INC. ("Plaintiff") and Defendant COAST TITLE & ESCROW ("Defendant") to the dismissal of all claims of Plaintiff against Defendant with prejudice, and without an award of attorney's fees or costs to either party.

Presented and Agreed to By:

| | |
|---|---|
| FIDELITY NATIONAL LAW GROUP<br>The Law Division of Fidelity National Title Group, Inc. | BULLIVANT HOUSER BAILEY, P.C. |
| /s/ Erin M. Stines<br>Erin M. Stines, WSBA #31501<br>**Attorneys for Plaintiff Homecomings Financial Network, Inc.** | /s/ Richard J. Whittemore<br>Richard J. Whittemore, WSBA #32713<br>**Attorneys for Defendant Coast Title & Escrow** |
| DATED this 2nd day of November, 2012. | DATED this 2nd day of November, 2012. |

## II. AGREED ORDER

Based upon the foregoing stipulation, it is hereby:

ORDERED, ADJUDGED and DECREED that Plaintiff's claims against Defendant COAST TITLE & ESCROW are all hereby dismissed with prejudice and without an award of attorney's fees or costs to either party.

IT IS SO ORDERED.

DATED this 5 day of November, 2012.

_____
THE HON. BENJAMIN H. SETTLE

STIPLATION AND ORDER DISMISSING
PLAINTIFF'S CLAIMS AGAINST DEFENDANT
COAST TITLE & ESCROW - 2

FIDELITY NATIONAL LAW GROUP
The Law Division of Fidelity National
Title Group, Inc.
1200 – 6TH AVENUE, SUITE 620
SEATTLE, WA 98101
(206) 223-4525

1 | Presented by:

2 | FIDELITY NATIONAL LAW GROUP
3 | The Law Division of Fidelity National
   | Title Group, Inc.

4 |
   | /s/ Erin M. Stines
5 | Erin M. Stines, WSBA #31501
   | **Attorneys for Plaintiff Homecomings**
6 | **Financial Network, Inc.**

7 |

8 | Copy Received; Approved for Entry;
   | and Notice of Presentation Waived:
9 |

10 | BULLIVANT HOUSER BAILEY, P.C.

11 |
   | /s/ Richard J. Whittemore
12 | Richard J. Whittemore, WSBA #32713
   | **Attorneys for Defendant Coast Title & Escrow**

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

STIPLATION AND ORDER DISMISSING
PLAINTIFF'S CLAIMS AGAINST DEFENDANT
COAST TITLE & ESCROW - 3

FIDELITY NATIONAL LAW GROUP
The Law Division of Fidelity National
Title Group, Inc.
1200 – 6TH AVENUE, SUITE 620
SEATTLE, WA 98101
(206) 223-4525